IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| MAXWELL CHARLES LEHIGH, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV-04-566-S-BLW |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| OLIVIA CRAVEN, JEFF CONWAY, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

On August 22, 2006, the Court entered an Order dismissing this action with prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's case is DISMISSED with prejudice.

DATED: **August 22, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**JUDGMENT  1**